UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARITZA FIGUEROA MEJIA, on behalf of
herself and others similarly situated,

                      Plaintiffs,                  JUDGMENT
v.                                              21-cv-03429 (KAM)(SIL)

458 MYRTLE AVE. CORP., MARIA MOLINA, WILSON
EUCEDA, KENIA EUCEDA, JOSE SALMERON, LA
BOTTEGA OF OCEANSIDE, LA BOTTEGA OF RVC,
LA BOTTEGA, INC., and ABC Corp. d/b/a LA
BOTTEGA, INC.,
                      Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 3, 2023; and Defendants 458 Myrtle Ave. Corp., Maria Molina, Wilson Euceda, Kenia Euceda, Jose Salmeron, La Bottega of Oceanside, La Bottega of RVC and La Bottega, Inc. having offered to allow entry of judgment to be taken against them, jointly and severally, and in favor of plaintiff Maritza Figueroa Mejia (" Plaintiff'), in the amount of One Hundred and Forty Thousand dollars ($140,000.00), inclusive of all damages, liquidated damages, attorneys' fees, costs and interest; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Maritza Figueroa Mejia and against Defendants 458 Myrtle Ave. Corp., Maria Molina, Wilson Euceda, Kenia Euceda, Jose Salmeron, La Bottega of Oceanside, La Bottega of RVC and La Bottega, Inc., jointly and severally in the amount of One Hundred and Forty Thousand dollars ($140,000.00), inclusive of all damages, liquidated damages, attorneys' fees, costs and interest.

Dated: Brooklyn, New York                              Brenna B. Mahoney
       February 6, 2023                                     Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk